UNITED STATES DISTRICT COURT **07-20688**
SOUTHERN DISTRICT OF FLORIDA   CIV-COOKE

MAGISTRATE JUDGE
~~WHITE~~

GERMAN J. RUBI PEREZ,
PETITIONER

CASE #

V

2:07-CV-417-ID

Alice Lower
RESPONDENT.

FILED BY ___ DKT
07 MAR 15 AM 9:29
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

PETITION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241

PETITIONER GERMAN J RUBI PEREZ A72 553 201, hereby petitions this Court for a Writ of Habeas Corpus to remedy Petitioner's unlawful detention by Respondent.

cat/div **2241 DAOE**
Case # **1:07cv20688**
Judge **Cooke** Mag **PAW**
Motn Ifp **No**   Fee pd $ _____
Receipt # _____

**Custody**

1) PETITIONER IS IN THE PHYSICAL CUSTODY OF RESPONDENT AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE). PETITIONER IS DETAINED AT THE PERRY COUNTY CORRECTIONAL CENTER. ROUTE 2 BOX 176 - HIGHWAY 80 WEST UNIONTOWN. ALABAMA 36786. PETITIONER IS UNDER CONTROL OF RESPONDENTS AND THEIR AGENTS.

(2)

## Jurisdiction

a) This action arise under the Constitution of the United States, and the Immigration and Nationality Act (INA) 8 USC § 1101

b) This Court has jurisdiction under 28 USC § 2241, Art I § 9, Cl 2 of the United States Constitution. And 28 USC § 1331 as Petitioner is presently in custody under color of the authority of the United States. And such custody is in violation of the Constitution laws or treaties of the United States.

This Court may grant relief pursuant to 28 USC 2241, 5 USC § 702 and the All Writs Act 28 USC § 1651

c) Petitioner has exhausted any and all administrative remedies to the extent required by law.

## Venue

Pursuant to Braden v. 30th Judicial Circuit Court of Kentucky, 410 US 484, 493-500 (1973) venue lies in the United States District Court for the <u>Southern District of Florida</u>, the judicial district in which Petitioner resides

(2)

## Parties.

Petitioner is a native and citizen of Cuba. Petitioner first taken into ICE custody on 12/18/07, and has remained in ICE custody since that date.

Petitioner was ordered removed on October 23, 1997.

Respondent. Alice Lower. is the Deportation Officer Department of Homeland Security Immigration and Customs Enforcement Krome Service Processing Center 18201 SW 12 ST Miami fl 33194. She is responsible for the administration of ICE and the implementation and enforcement of the INA.

## Factual Allegations.

Petitioner German J. Rubi Perez, A 72 553201 is a native and citizen of Cuba. Petitioner has been in ICE custody since 12/18/06 and Immigration Judge ordered the Petitioner removed on October 23, 1997.

(3)

On this case, Mr. Rubi do not argument the deportation to his country.

Also Mr. Rubi claim, that the Deportation Officer have abuse of her discreption and want to release Mr. Rubi with a bond of $15000. This bond it's very unreasonable, because petitioner do not have $15000.

Petitioner since 1997 has cooperated fully with all effort by ICE to remove him from United States, but the Cuban government has refused to accept him. And is not significantly likely to occur in the reasonably foreseeable future.

---

The Supreme Court held in Zadvydas and Martinez, that ICE's continued detention of someone like Petitioner, under such circumstances is unlawful.

(4)

## Substantive Due Process Violation

On this specific case, the Defendant know that they can not deport Mr. Rubi to Cuban, but want to release him to the street under a bond $15.000.

The Respondent know, that Petitioner do not have this amount of money $15000,

Petitioner's continued detention violates Petitioner right to substantive due process through a deprivation of the core liberty interest in freedom from bodily restraint.

## Prayer for Relief.

Wherefore, Petitioner pray that this Court grant the following relief.

1) Assume jurisdiction over this matter.
2) Grant Petitioner a writ of Habeas Corpus directing the Respondent to immediately release petitioner from custody.
3) Award Petitioner attorney's fees and cost under the Equal Access to Justice Act 5 USC § 504 and 28 USC § 2412

(5)

I affirm, under penalty of perjury, that the foregoing is true and correct.

_[signature]_ 3/07/07
Petitioner  Date executed.
German J. Rubi Perez
A-72 553 201 Alpha 4 bed 14
Perry County Correctional Center
Route 2 Box 176 Highway 80 west
Uniontown Alabama 36786.

6