UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20688-CIV-COOKE
MAGISTRATE JUDGE P.A. WHITE

GERMAN J. RUBI PEREZ,                :

  Petitioner,                :           2:07-CV-417-ID

v.                                   :           REPORT RECOMMENDING TRANSFER
                                                 OF VENUE
ALICE LOWER,                         :           28 U.S.C. §2241

  Respondent.                :

---

  German J. Rubi Perez, a prisoner confined at the Perry County Correctional Center in Alabama, has filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43, seeking release from INS detention.

  The institution where the petitioner is confined is located in the Middle District of Alabama.

  The applicable venue provision for a §2241 action is 28 U.S.C. §2241(d), which provides concurrent jurisdiction in the district of confinement and the district of conviction, when a state conviction is attacked as unconstitutional. This petition does not attack the validity of a conviction, and the appropriate venue is therefore the district of confinement. <u>See</u>: <u>Hajduk v. United States</u>, 764 F.2d 795 (11 Cir. 1985); <u>United States v. Boccadisi</u>, 468 F.Supp. 419 (E.D.N.Y. 1979).

It is therefore recommended that the Clerk be directed to transfer this case to the United States District Court of the Middle District of Alabama, pursuant to 28 U.S.C. §1406(a).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 22nd day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

cc: German J. Rubi Perez, Pro Se
   Perry County Correctional Center
   Route 2 Box 176
   Highway 80 West
   Uniontown, Alabama 36786


   Lucy Lara, Case Assignment Administrator