UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE
APR 09 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

GERMAN J. RUBI PEREZ
PETITIONER

CASE # 07-20688-CIV-COOKE

V                          MAGISTRATE Judge P.A. WHITE

Alice Lower
RESPONDENT

2:07-CV-417-ID

Objection of Transfer of Venues
28 USC § 2241

The PETITIONER GERMAN J. Rubi Perez A-72 553 261
PRO SE. IN PROPER PERSON, SEND TO THIS COURT A MOTION
TO Objection of Transfer Venues 28 USC § 2241
for the following REASON.

1) THE U.S IMMIGRATION AND CUSTOM ENFORCEMENT IN
Alabama, do not have ANY Jurisdiction with petitioner
CASE, because THE Original file ME IN Krome
Processing Center, Miami florida.

2) Also THE ICE, who work ON THIS facility
have Told US, THAT THEY have NOTHING TO DO WITH
INS DETAINEE from florida. IT'S ONLY CONCERN
from florida, All paper work ARE TRANSFER TO
MIAMI florida. And THEY MAKE THEIR DECISION

(1)

3) SEE (ATTACHED A) here IT's my RELEASE NOTIFI-CATION, AND IT's WAS SIGNED by Alice Lower. She's my DEPORTATION oficer.

4) Therefore, THIS Count NEED TO KNOW, THE ON JANUARY 19, 2007 · THE PETITIONER WAS TRANSFER from KROME DETENTION CENTER, TO here PERRY County Correctional Center. IT's VERY CLEAR THAT THE STATE Alabama have NOTHING TO DO WITH I·N·S DETAINEE.

5) Also THE RESPONDENT, Alice Lower, WORK AT MIAMI florida.

The PETITIONER ASK TO THIS Honorable Count DO NOT CHANGE of VENUE THIS CASE, because ALL THIS INCIDENT had happen IN florida AND IT's PETITIONER believe his case would WORK better IN THIS COUNT.

Dated 4/3/07

Sincerely your

GERMAN J RUBI PEREZ

A-72 553 201  SHU 107

Perry County Correctional Center

Route 2 Box 172

Highway 80 West

UNIONTOWN · AL 36786

Office of Detention and Removal Operations
Field Office Name

U.S. Department of Homeland Security
Address
City, State ZIP



## U.S. Immigration and Customs Enforcement

German Jesus RUBI PEREZ
C/O Perry Correction Center
Route 2, Box 176, Highway 80 West
Union Town, AL 36786

A.72 553 201

### Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States. This release is to be considered a parole, unless you were lawfully admitted when you last entered the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. **Before you are Release on Order of Supervision, you must post a $15,000.00 Bond, you must stay away on any Marine time Activities, you must report weekly and a daily phone call to the duty deportation officer at the Miami District Office.** A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____
Signature of Field Office Director

03/07/2007
Date

ATTACHED A

(rev. 1/19/05)