```
FILED by_____D.C.
INTAKE
APR 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GERMAN J. RUBI PEREZ
PETITIONER

CASE # 07-20688-CIV-COOKE
MAGISTRATE JUDGE P.A. WHITE

V.

Alice Lower
Respondent

2:07-CV-417-ID

### Supplementary Motion to Objection to Transfer of Venues. 28 USC § 2241

The Petitioner German J. Rubi Perez A-72553201 Pro Se, in proper person submit to this Honorable Court a Supplementary Motion to objection to Transfer of Venues 28 USC § 2241, for the following reason-

### Judicial Review.
§ 104.05 Proceedings for Review (b) Venue and Parties.

Mr. Rubi state: A Lawsuit brought under the Declaratory Judgment Act, in contrast to a Habeas Corpus Petition does not depend on the plaintiff's being in custody... The Lawsuit can be brought against the Head of the Agency in Washington DC or in the local United States District Court, against the officer charged with responsibility for executing the Order. According to statute, venues lies in any judicial district in which a defendant resides or where a substantial part of the event giving rise to the claim occurred. 28 USC § 1391(E).

Therefore, the personal Jurisdiction requirement of 28 USC § 2241, is properly seen as referring to personal jurisdiction over the custodian rather than the geographical boundaries of the District Court's Jurisdiction." Wang v. Reno 862 F. Supp 801, 812 (E.D.N.Y 1994) summarizing Braden and Endo. The court may act if there is a Respondent within reach of it's process who has custody of the petitioner. Ex parte Endo, 323 US, 283, 306 (1944)

The Petitioner on this case, has no connection to the Jurisdiction in which he is detained (Alabama) on this case are parties are from Florida Miami.

Relief.

Petitioner pray to this Honorable Court to grant this Supplementary Motion to Objection to Transfer of Venue 28 USC § 2241, where all parties resides in Florida. Also all this delated had hurt Petitioner case, with a unnecessary delay.

Sincerely yours

Dated 4/09/07

German Rubi Perez
A-72553 201 SHU 107
Perry County Correctional Center
Route 2 Box 176 Hwy 80 West
Uniontown Alabama 36786