UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20688-CIV   COOKE/WHITE

GERMAN J. RUBI PEREZ,

    *Petitioner*,

v.

ALICE LOWER,

    *Respondent*.

_____/

2:07-cv-417-ID

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on the Petitioner's habeas corpus Petition [DE 1]. On March 23, 2007, Judge White issued a Report and Recommendation [DE 3], which recommends that the case is in the wrong venue and should be transferred to the Middle District of Alabama. The Petitioner filed Objections to Judge White's Report on April 9, 2007 and April 17, 2007. This Court has made a *de novo* review of the record and the Plaintiff's Objections. And upon this review, the Court finds that Judge White's Report and Recommendation should be affirmed and adopted. Accordingly, the Court hereby

**ORDERS and ADJUDGES** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED and ADOPTED**. The Clerk of Court is directed to **TRANSFER** this case to the Middle District of Alabama.

**DONE** and **ORDERED** in Chambers at Miami, Florida this 30th day of April, 2007.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*German J. Rubi Perez, pro se*
*Counsel of record*