UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ May 7, 2006 _____

German J. Rubi Perez

    Plaintiff(s),

v.

Alice Lower

    Defendant(s),

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on ___April 30, 2007___, the above-styled case is hereby transferred to the ___Middle District of Alabama___.

Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is [ ] a **combined paper and electronic file** or [✔] **an electronic file** and the imaged documents can be obtained at **PACER.USCOURTS.GOV** by using your Pacer **(not CM/ECF)** login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

DONE at the Federal Courthouse, ___Miami___, Florida, this __7th__ day of ___May___ 20_07_.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____
s/Donna Gay
Deputy Clerk

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida

**Received By:** _____

**New Case No.** _____