IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERMAN JESUS RUBI-PEREZ, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv417-ID |
| | ) (WO) |
| ALICE LOWER, | ) |
| Respondent. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed on May 18, 2007, said Recommendation is hereby adopted, and it is CONSIDERED and ORDERED that this case be and the same is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama for all further proceedings.

DONE this 8th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE